AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Maryland ☑

| | |
|---|---|
| Gustavo Nedina <br><br> *Plaintiff(s)* <br> v. <br> Enterprise (RAC) of Maryland LLC <br><br> and <br> Enterprise Holdings Inc t/a Enterprise Mobility <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 8:25-cv-3255 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

>Enterprise (RAC) of Maryland LLC
>2273 Research Blvd
>Rockville MD 20850

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

>Stephen Domenic Scavuzzo
>1750 Tysons Blvd - Suite 1500
>McLean VA 22102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/3/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Maryland

Gustavo Nedina

*Plaintiff(s)*

v.

Enterprise (RAC) of Maryland LLC

and
Enterprise Holdings Inc t/a Enterprise Mobility

*Defendant(s)*

Civil Action No. 8:25-cv-3255

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Enterprise Holdings Inc t/a Enterprise Mobility
> 600 Corporate Park Drive
> St Louis MO 63105

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Stephen Domenic Scavuzzo
> 1750 Tysons Blvd - Suite 1500
> McLean VA 22102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/3/2025

*Signature of Clerk or Deputy Clerk*